**Order entered February 4, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01569-CV

### IN THE INTEREST OF J.W.C., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17254-T**

## ORDER

Before the Court in this accelerated parental termination appeal is appellants' February 2, 2015 second motion for an extension of time to file their brief. We **GRANT** appellants' motion and **ORDER** appellants to file their brief no later than February 19, 2015. We again caution appellants that no further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
        JUSTICE